IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 AUG 20 PM 2:28

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

Amirah Rasheedah Hamlin

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

PDP Group INC.;
AN Amynta Group Company

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 21-cv-2130-JKB

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Amirah Rasheedah Hamlin
Street Address: 5601 Whitby Rd.
City and County: Baltimore
State and Zip Code: Maryland 21206
Telephone Number: (410) 258-6854
E-mail Address: AmirahHamlin87@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: PDP Group Inc.
Job or Title (if known): Business Analysis
Street Address: 10909 McCormick Rd.
City and County: Huntvalley
State and Zip Code: Maryland 21031
Telephone Number: (410) 584-1500
E-mail Address (if known):

2

Defendant No. 2

    Name  _____

    Job or Title  _____
    (if known)

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____
    (if known)

Defendant No. 3

    Name  _____

    Job or Title  _____
    (if known)

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____
    (if known)

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.**  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name  **PDP Group Inc.**

    Street Address  **10909 McCormick Rd.**

    City and County  **Hunt Valley**

    State and Zip Code  **Maryland 21031**

    Telephone Number  **(410) 584-1500**

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

__January 31st 2020__

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race _____
- [ ] color _____
- [x] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

_____

5

E. The facts of my case are as follows. Attach additional pages if needed.

_See Attachment_

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

7/02/2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*

MAy 26th 2021

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

6

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Economic damages were one of the largest component of my wrongful termination. They go back from January 31 2020 which includes my lost wages + the overtime. I had paid time off. Compensatory damages was I lost my car because I wasn't able to pay my car payment + insurance. I went on serveral interviews using gas + paying others. Emotional harm is now me having really bad anxiety because the way they ambushed me in their conference room

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 15, 2021.

Signature of Plaintiff      *Amirah Hamul* (signature)
Printed Name of Plaintiff   _____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

Attachment for Section III E.

On 01/31/2020, I was wrongfully terminated off an assumption. On 01/31/2020 my supervisor assumed I was making a call, while using the restroom. That was false, I was simply listening to my Podcast, which is permitted on the work floor. To prove that I was not using my phone to make or receive calls , I showed my call records to my supervisor. Prior to my termination on 05/24/2019 I complained to my supervisor about Ricardo Rivera intimidatingly staring me down and slamming desk draws, when approaching him. Nothing was done. On 07/11/2019 he slammed the desk draw again, later that day while walking towards him, he took his index finger and slide it across his neck. I again went to Ms. Melissa stating that something had to be done. No corrective action was taken. She moved my seat. On 09/27/2019 my fellow co-worker Daniel Norton and I were working in the system when Ricardo approached me aggressively pushing the folders so hard that some of the batches fell on my feet. I stated what is wrong with you. I told Melissa about this matter as well and express that something had to be done. Melissa stated in his defense he had to leave early. Their work harassment policy states [We are committed to promptly investigating all complaints of harassment or other discrimination and to taking prompt and effective remedial action to stop conduct from occurring. Employees who are found to have intentionally or have engaged in harassment or other discrimination will be disciplined accordingly, up to and including termination of employment.] On 10/07/2019 I kindly asked Ms. Melissa were we having any meeting about this matter or have any corrective action been taking against Ricardo. Ms. Melissa exact words were Ole I forgot. That moment I felt discriminated against. On 10/08/2019 Ms. Melissa finally sat down with the both of us and no Human resources were involved. Ricardo never had any remedial action taken that's why the conduct never stop, which refer to their harassment policy. Ricardo continued to harass me in more inconspicuous ways such as dirty looks & aggressive body language. Speaking only of today's world, women are seen in general, as the weaker species. When you add that I am an African American woman, I am even less than in our society. Someone that should stay silent and tolerate whatever issues that arise. Ricardo felt he could harass and threaten me because he assumed not only would he not get into trouble, but that I would stay silent and not complain. Black women are looked at as angry, hostile, and confrontational. Ricardo assumed that it was appropriate to treat me with such disrespect because of these stereotypes. So, when I did complain, multiple times, of his threatening behavior, nothing was done. He was not suspended, written up, let alone dismissed. My manager's response of "I forgot," further confirmed for me how insignificant and unimportant I was. I feel my dismissal was because the company knew they were negligent in dealing with this matter and found a way to get rid of the person making the waves and not choosing to tolerate a hostile work environment.