IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMIRAH RASHEEDAH HAMLIN,      *

    Plaintiff                                      *

    v.                                                 *          CIVIL NO. JKB-21-2130

PDP GROUP INC.,                               *

    Defendant.                                  *

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

1. Defendant PDP's Motion to Dismiss (ECF No. 5) is GRANTED;

2. The Clerk is directed to CLOSE THIS CASE; and

3. The Clerk SHALL MAIL a copy of the Memorandum and Order to Ms. Hamlin.

DATED this 3 day of May, 2022.

BY THE COURT:

_____
James K. Bredar
Chief Judge